JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PULIDO,<br><br>Plaintiff.<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION et al,<br><br>Defendants. | Case No: 5:26-cv-03429-SB-E<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Pursuant to the parties' stipulation (Dkt. No. 15), the action is remanded to the Riverside County Superior Court.

DATED: August 10, 2026

STANLEY BLUMENFELD, JR
UNITED STATES DISTRICT JUDGE